LAW OFFICES OF PHILIP DEITCH
Philip Deitch, SBN 29164
PO Box 8025
Van Nuys, California 91406-8025
Telephone:    (818) 717 0901
Fax Number  (818) 717 0906
E-mail: philde@mindspring.com

Attorney for Defendant
Mr. Xavier Alvarez

## UNITED STATE DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) Plaintiff, ) ) vs. ) ) XAVIER ALVAREZ ) ) Defendant. ) | CASE NO. CR 08-1191 GW-10<br><br>DEFENDANT XAVIER ALVAREZ'S EXHIBTS 1-5 IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM |

Defendant. Mr. Xavier Alvarez, submits his Exhibits 1-5 in support of his sentencing memorandum and position regarding the PSR.

Dated: September 27, 2010

LAW OFFICE OF PHILIP DEITCH

_____/s/ electronic signature
Philip Deitch
Attorney for Defendant

DEFENDANT'S EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM
1

## TABLE OF CONTENTS

**EXHIBITS:**                                                                 **PAGE NOS.**

1. Charge Report from State of California Board of Prison Terms……..3

2. Social Security Statement offered in support of
   Defendant's prior employment……………………………………….4-7

3. Personal reference letter from Defendant's Grandmother,
   Ms. Carmen H. Garcia……………………………………………….8-9

4. Summary of Revocation Hearing & Decision from
   California Board of Parole Hearings, dated March 24, 2008………..10-14

5. Summary of Revocation Hearing & Decision from
   California Board of Parole Hearings, dated June 30, 2008………….15-19

# STATE OF CALIFORNIA
## CHARGE REPORT
CDCR 1502 (b) (02/05)

DISTRIBUTION: CDCR
ORIGINAL - C-File
1ST COPY - Field File
2ND COPY - Parolee

**REPORT TO:** [X] BOARD OF PRISON TERMS

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| V88201 | ALVAREZ, XAVIER | SAME | II/VENTURA #2 |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| 2-24-08 | SANTA BARBARA PD | [ ] MANDATORY  [X] NON-MANDATORY | 702299/SBCJ |

ARREST CODES:
- A: P&CSD STAFF ALONE
- AB: P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY
- B: LAW ENFORCEMENT AGENCY ALONE
- D: LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD

ARREST CODE: B

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 2-24-08 | N/A | INTACT | MILAZZO | 6-08-10 | 6-08-08 | |

CHARGES AND CODES:
1. ASSAULT W/DEADLY WEAPON (400)
2. GANG ASSOCIATION (019)
3.
4.
5.
6.

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:
[X] ABSCOND  [X] SELF  [X] PROPERTY-OTHERS  [X] SAFETY-OTHERS

ON 2-24-08, THE SUBJECT WAS CONTACTED BY SANTA BARBARA P.D AND PLACED IN CUSTODY ON THE ABOVE CHARGES. A 3056 P.C. HOLD WAS PLACED AND THE SUBJECT WAS TRANSPORTED TO SANTA BARBARA COUNTY JAIL.

THE CIRCUMSTANCES SOURROUNDING THE ARREST ARE UNKNOWN AT THIS TIME.

**PAROLE AGENT'S RECOMMENDATION:** RETAIN HOLD/INVESTIGATE/SUBMIT REPORT

PAROLE AGENT'S SIGNATURE: R. MORAGA  DATE: 2/25/08

UNIT SUPERVISOR'S ACTION:
[✓] DECISION  [✓] REVIEW  [✓] RETAIN HOLD
[ ] RELEASE HOLD AS OF (DATE)
[ ] CANCEL WARRANTS — WANTS
[ ] CONTINUE ON PAROLE
[ ] CONTINUE IN OUT PATIENT STATUS
[ ] DISCHARGE EFFECTIVE (DATE)
[ ] RETAIN ON PAROLE
[ ] REINSTATE ON PAROLE AS OF (DATE):
[ ] TIME LOSS / NO TIME LOSS
[ ] SUSPEND/REINSTATE IN OPS AS OF (DATE):
[ ] REFER TO BPT
[✓] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE): 3/3/08

SPECIAL CONDITION(S): [ ] ADD  [ ] DELETE

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION: Concur w/ AOR. Retain hold. AOR to investigate & submit appropriate documentation.

UNIT SUPERVISOR'S SIGNATURE: DE LOS SANTOS, U.S.  DATE: 2/25/08

"I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD."

PAROLE ADMINISTRATOR'S COMMENTS/DECISION:

[ ] REFER TO BPT  [ ] *DISCHARGE EFFECTIVE DATE  FIELD ADMINISTRATOR'S SIGNATURE  DATE

3



Prevent identity theft—protect your Social Security number

# Your Social Security Statement

**Prepared especially for Xavier Alvarez**

www.socialsecurity.gov

June 8, 2010

*See inside for your personal information* →



```
000662716  01 MB   0.382 TT T 0723
XAVIER ALVAREZ
2430 FLETCHER AVE
SANTA BARBARA  CA  93105-4814
```

### What's inside...

| | |
|---|---|
| Your Estimated Benefits | 2 |
| Your Earnings Record | 3 |
| Some Facts About Social Security | 4 |
| If You Need More Information | 4 |
| To Request This *Statement* In Spanish | 4 |
| *(Para Solicitar Una Declaración en Español)* | |

## What Social Security Means To You

This *Social Security Statement* can help you plan for your financial future. It provides estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

### Social Security is for people of all ages...
We're more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family after you die.

### Work to build a secure future...
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

### About Social Security's future...
Social Security is a compact between generations. Since 1935, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2016 we will begin paying more in benefits than we collect in taxes. Without changes, by 2037 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 76 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

### Social Security on the Net...
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read publications, including *When To Start Receiving Retirement Benefits*; use our Retirement Estimator to obtain immediate and personalized estimates of future benefits; and when you're ready to apply for benefits, use our improved online application— It's so easy!

Michael J. Astrue
Commissioner

* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

4

# Your Estimated Benefits

| | | |
|---|---|---|
| *Retirement | To get retirement benefits, you need 40 credits of work. Your record shows you have at least 26 credits at this time, including assumed credits for last year and this year if you continue to work. | |
| *Disability | If your current earnings are at least as much as your most recent earnings shown on page 3, you may qualify for a payment of about ............................................. | $ 795 a month |
| *Family | If you get retirement or disability benefits, your spouse and children also may qualify for benefits. | |
| *Survivors | You have earned enough credits for your family to receive survivors benefits. If you die this year, certain members of your family **may** qualify for the following benefits: | |
| | Your child .......................................................... | $ 675 a month |
| | Your spouse who is caring for your child ................................ | $ 675 a month |
| | Your spouse who reaches full retirement age ............................ | $ 900 a month |
| | Total family benefits cannot be more than ............................... | $ 1,350 a month |
| | Your spouse or minor child may be eligible for a special one-time death benefit of $255. | |
| Medicare | To get Medicare benefits at age 65, you need the same number of credits that you need for retirement benefits (shown above). You do not have enough credits to qualify at this time. However, if you don't have enough credits when you reach age 65, you may contact a local Social Security office to learn whether you're eligible to buy Medicare coverage. | |

*Your estimated benefits are based on current law. Congress has made changes to the law in the past and can do so at any time. The law governing benefit amounts may change because, by 2037, the payroll taxes collected will be enough to pay only about 76 percent of scheduled benefits.

We based your benefit estimates on these facts:
Your date of birth (please verify your name on page 1 and this date of birth) .................. September 6, 1983
Your estimated taxable earnings per year after 2009 ........................................ $2,466
Your Social Security number (only the last four digits are shown to help prevent identity theft) ......... XXX-XX-4222

# How Your Benefits Are Estimated

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $1,120 of wages or self employment income. When you've earned $4,480, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible.

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you a benefit estimate now. If you continue to work, we'll give you an estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For 2010 and later (up to retirement age), we assumed you'll continue to work and make about the same as you did in 2008 or 2009. We also included credits we assumed you earned last year and this year.

Generally, the older you are and the closer you are to retirement, the more accurate the retirement estimates will be because they are based on a longer work history with fewer uncertainties such as earnings fluctuations and future law changes. We encourage you to use our online Retirement Estimator at *www.socialsecurity.gov/estimator* to obtain immediate and personalized benefit estimates.

We can't provide your actual benefit amount until you apply for benefits. **And that amount may differ from the estimates stated above because:**
 (1) Your earnings may increase or decrease in the future.
 (2) After you start receiving benefits, they will be adjusted for cost-of-living increases.
 (3) Your estimated benefits are based on current law. **The law governing benefit amounts may change.**
 (4) Your benefit amount may be affected by **military service, railroad employment or pensions earned through work on which you did not pay Social Security tax.** Visit *www.socialsecurity.gov/mystatement* to learn more.

**Windfall Elimination Provision (WEP)** — In the future, if you receive a pension from employment in which you do not pay Social Security taxes, such as some federal, state or local government work, some nonprofit organizations or foreign employment, and you also qualify for your own Social Security retirement or disability benefit, your Social Security benefit may be reduced, but not eliminated, by WEP. The amount of the reduction, if any, depends on your earnings and number of years in jobs in which you paid Social Security taxes, and the year you are age 62 or become disabled. For more information, please see *Windfall Elimination Provision* (Publication No. 05-10045) at *www.socialsecurity.gov/WEP*.

**Government Pension Offset (GPO)** — If you receive a pension based on federal, state or local government work in which you did not pay Social Security taxes and you qualify, now or in the future, for Social Security benefits as a current or former spouse, widow or widower, you are likely to be affected by GPO. If GPO applies, your Social Security benefit will be reduced by an amount equal to two-thirds of your government pension, and could be reduced to zero. Even if your benefit is reduced to zero, you will be eligible for Medicare at age 65 on your spouse's record. To learn more, please see *Government Pension Offset* (Publication No. 05-10007) at *www.socialsecurity.gov/GPO*.

# Your Earnings Record
| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1999 | $ 1,016 | $ 1,016 |
| 2000 | 12,453 | 12,453 |
| 2001 | 8,283 | 8,283 |
| 2002 | 14,822 | 14,822 |
| 2003 | 2,976 | 2,976 |
| 2004 | 0 | 0 |
| 2005 | 0 | 0 |
| 2006 | 884 | 884 |
| 2007 | 8,141 | 8,141 |
| 2008 | 2,466 | 2,466 |
| 2009 | Not yet recorded | |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:
  You paid: $3,159
  Your employers paid: $3,159

Estimated taxes paid for Medicare:
  You paid: $736
  Your employers paid: $736

Note: You currently pay 6.2 percent of your salary, up to $106,800, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your Statement. It could be that we still were processing last year's earnings reports when your Statement was prepared. Your complete earnings for last year will be shown on next year's Statement. Note: If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

Case 2:08-cr-01191-GW   Document 937   Filed 09/29/10   Page 6 of 19   Page ID #:4248

060810T 11Tr 00711 P

# Some Facts About Social Security

## About Social Security and Medicare...

Social Security pays retirement, disability, family and survivors benefits. Medicare, a separate program run by the Centers for Medicare & Medicaid Services, helps pay for inpatient hospital care, nursing care, doctors' fees, drugs and other medical services and supplies to people age 65 and older, as well as to people who have been receiving Social Security disability benefits for two years or more. Medicare does not pay for long-term care, so you may want to consider options for private insurance. Your Social Security covered earnings qualify you for both programs. For more information about Medicare, visit *www.medicare.gov* or call **1-800-633-4227** (TTY **1-877-486-2048** if you are deaf or hard of hearing).

**Retirement** — If you were born before 1938, your full retirement age is 65. Because of a 1983 change in the law, the full retirement age will increase gradually to 67 for people born in 1960 and later.

Some people retire before their full retirement age. You can retire as early as 62 and take benefits at a reduced rate. If you work after your full retirement age, you can receive higher benefits because of additional earnings and credits for delayed retirement.

**Disability** — If you become disabled before full retirement age, you can receive disability benefits after six months if you have:
— enough credits from earnings (depending on your age, you must have earned six to 20 of your credits in the three to 10 years before you became disabled); and
— a physical or mental impairment that's expected to prevent you from doing "substantial" work for a year or more *or* result in death.

If you are filing for disability benefits, please let us know if you are on active military duty or are a recently discharged veteran, so that we can handle your claim more quickly.

**Family** — If you're eligible for disability or retirement benefits, your current or divorced spouse, minor children or adult children disabled before age 22 also may receive benefits. Each may qualify for up to about 50 percent of your benefit amount.

**Survivors** — When you die, certain members of your family may be eligible for benefits:
— your spouse age 60 or older (50 or older if disabled, or any age if caring for your children younger than age 16); and
— your children if unmarried and younger than age 18, still in school and younger than 19 years old, or adult children disabled before age 22.

If you are divorced, your ex-spouse could be eligible for a widow's or widower's benefit on your record when you die.

**Extra Help with Medicare** — If you know someone who is on Medicare and has limited income and resources, extra help is available for prescription drug costs. The extra help can help pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or to apply, visit *www.socialsecurity.gov* or call **1-800-772-1213** (TTY **1-800-325-0778**).

## Receive benefits and still work...

You can work and still get retirement or survivors benefits. If you're younger than your full retirement age, there are limits on how much you can earn without affecting your benefit amount. When you apply for benefits, we'll tell you what the limits are and whether work would affect your monthly benefits. When you reach full retirement age, the earnings limits no longer apply.

## Before you decide to retire...

Carefully consider the advantages and disadvantages of early retirement. If you choose to receive benefits before you reach full retirement age, your monthly benefits will be reduced.

To help you decide the best time to retire, we offer a free publication, *When To Start Receiving Retirement Benefits* (Publication No. 05-10147), that identifies the many factors you should consider before applying. Most people can receive an estimate of their benefit based on their actual Social Security earnings record by going to *www.socialsecurity.gov/estimator*. You also can calculate future retirement benefits by using the Social Security Benefit Calculators at *www.socialsecurity.gov*.

Other helpful free publications include:
— *Retirement Benefits* (No. 05-10035)
— *Understanding The Benefits* (No. 05-10024)
— *Your Retirement Benefit: How It Is Figured* (No. 05-10070)
— *Windfall Elimination Provision* (No. 05-10045)
— *Government Pension Offset* (No. 05-10007)
— *Identity Theft And Your Social Security Number* (No. 05-10064)

We also have other leaflets and fact sheets with information about specific topics such as military service, self-employment or foreign employment. You can request Social Security publications at our website, *www.socialsecurity.gov*, or by calling us at **1-800-772-1213**. Our website has a list of frequently asked questions that may answer questions you have. We have easy-to-use online applications for benefits that can save you a telephone call or a trip to a field office.

You may also qualify for government benefits outside of Social Security. For more information on these benefits, visit *www.govbenefits.gov*.

---

**If you need more information—** Visit *www.socialsecurity.gov/mystatement* on the Internet, contact any Social Security office, call **1-800-772-1213** or write to Social Security Administration, Office of Earnings Operations, P.O. Box 33026, Baltimore, MD 21290-3026. If you're deaf or hard of hearing, call TTY **1-800-325-0778**. If you have questions about your personal information, you must provide your complete Social Security number. If your address is incorrect on this *Statement*, ask the Internal Revenue Service to send you a Form 8822. We don't keep your address if you're not receiving Social Security benefits.

Para solicitar una *Declaración* en español, llame al **1-800-772-1213**

ALVAREZ

Mr. Dietch,                                July 9, 2010

I am the grandmother to Xavier J. Alvarez Jr. who will be going to trial August 17th 2010.

I would like to share good and memorable things about my grandson.

He is a good nature by heart, he is a good loving and caring father with his two girls. When visiting me and his aunts + uncle with his children, he would display his fatherly attention of affection towards his two daughters. When they were baby age he would change diapers - feed and bathe them. He would baby sit his children and would like to bring to our house and we would have a family time. He was a good father and still is.

Xavier was a hard worker, honorable and humble man. He enjoys hard work by evidence of consistent employment, teen years with football and as a child it was a familial work ethic displayed by mom, grandma, uncles and others.

8

Honor in his commitment to family and friends. Responsible and respectful with family. Committed to his friends, sometimes to a fault, as evidence in his gang lifestyle. However a mature perspective is bringing this lifestyle to a clearer picture... one when he can better see the errors of his way.

Humble enough to accept the due diligence required to change his choices.

I am confident he can change his motives... or can we? With his intrinsic motivation he will succeed whether as another inmate or as a grateful parolee working and fathering.

Sincerely
Ms Carmen H Garcia
4007 Via Lucero #G

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

\*PRIORITY CASE\*

# SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

**Records Office Use Only**
Projected Revocation Release Date
Revocation Release Date
Controlling Discharge Date
Discharge Review Date

## PRELIMINARY INFORMATION

**Type of Hearing**
PROBABLE CAUSE

**Location of Hearing**

Parolee in custody at Time of Hearing: YES

**Basis for Charges**
Parole Violation Report, Dated: 14-MAR-2008

Police Report Agency   Dated:

**Optional Waiver**
NO   Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**
The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979: YES
Date of arrest on current parole violation charge(s): 24-FEB-2008
Date hold was placed on current parole violation charge(s): 24-FEB-2008

ADA   Special Needs:

**Present at Hearing**   Hearing Officer: A SMITH

1. [X] Yes [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No  Attorney Name: WEILBACHER, DAVID    [ ] Waived
3. [ ] Yes [ ] No  Agent of Record or Substitute:   Reason not present:
4. [ ] Yes [ ] No  Hearing Agent:   Reason not present:
5. [ ] Yes [X] No  Observers   Name and Organization:
6. [ ] Yes [X] No  Interpreter Assigned Language   Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.\*\* | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.\* | Date | Stat. | Req. | | | |
| | | | | | | | | | |

\*NOTIFICATION METHOD
M = Memo     PC = Personal Contact
L = Letter   SP = Subpoena
PH = Phone   TT = Teletype

\*\*USE ABBREVIATION FOR WITNESS DESIGNATION
Status:  A = Adverse     Requested by:  S = State
         F = Friendly                    P = Parolee
         V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2  MILAZZO, FRANK | 24-MAR-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic           Page 1 of 5              PERMANENT ADDENDUM

## Preliminary Information (cont.)

H. HEARING: Postponed

REASON: Timeliness Waiver 30 days

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

### ADMISSIONS/DENIALS AND FINDINGS

| Charges | | | PCH | | Plea | | |
|---|---|---|---|---|---|---|---|
| | | | Prob Cause | Dismiss | Admit | Deny | No Plea |
| 3. | 420 | Assault with intent to commit murder | | | | | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 24-MAR-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic

Page 2 of 5

PERMANENT ADDENDUM

STATE OF CALIFORNIA
BOARD OF PAROLE HEARINGS
# SUMMARY OF REVOCATION HEARING AND DECISION

## REASON FOR DECISION

**Basis for Conclusion:**

DEC AND BPT-1073 REVIEWED AND NO ADA ISSUES NOTED. CONTENTS OF THE AOR AND POLICE REPORT PROVIDE SUFFICIENT INFORMATION AND EVIDENCE TO SUPPORT PC IN THIS MATTER. ATTORNEY AND INMATE PROVIDED THE OPPORTUNITY TO SUBMIT EVIDENCE AND TESTIMONY DURING TODAYS HEARING. S. STATED HE WANTS TO SUBMIT A 30 DAY TIME WAIVER WHICH HE DID SIGN AND SUBMITTED TODAY 3-24-2008. HE IS STILL UNCERTAIN THE STATUS OF THE CRIMINAL CHARGES. HEARING IS BEING SUSPENDED FOR 30 DAYS.

**Basis for Disposition:**

S. IS A 24 YEAR OLD 2ND TERMER COMMITTED TO CDCR FOR POSS OF CS. CHARGES PENDING ARE VERY SERIOUS AND WARRANT A SUBSTANTIAL RETURN TO CUSTODY.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 24-MAR-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic

Page 3 of 5

PERMANENT ADDENDUM

## SUMMARY OF DISPOSITION

**Parole Referral:** REFER

**Custody Status:** In Custody as of 24-FEB-08

- [ ] Continue on Parole
- [ ] Schedule for Revocation
- [ ] Dismiss
- [ ] Other Non-Rev Sanction
- [ ] Parole Revoked-Return to Custody: ___ months

Serve [ ] Consecutively  [ ] Concurrently

- [ ] Parole Revoked-Return to Custody: ___ months for Psych Rx
- [ ] Time Served: ___ to ___

Hold Order: [ ] Place  [ ] Remove

### 3057 Credits

- [ ] Eligible
- [ ] Ineligible 3057d-1    Reason for Ineligibility:
  - [ ] Commitment Offense:
  - [X] Revocation Offense: **ATTEMPTED MURDER**
  - [ ] Parole Violation:
  - [ ] Sentenced under PC 1168:
- [ ] Unsuitable for credits because of PC 3057(d)(2)(e)
  - [ ] Prior Criminal History
  - [ ] Circumstances & Gravity of Parole Violation

Specify Reason

**Parolee Decision**
- [ ] Accept   [ ] Reject   [ ] Optionally Waive

**Optional Waivers**
- [ ] Previous BPH Action of _____ is:
  - [ ] Rescinded   [ ] Reaffirmed

**Special Conditions of Parole**
- [ ] Noted   [ ] Reaffirmed   [ ] Amended

**Other**

Special Condition

Reason

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

## BPH HEARING PANEL

NAME:
NAME: Arthur C. Smith (signature)

DECISION REVIEW BY:

Accom:

**REVOCATION HEARING TIME (MINUTES)**
1. Prehearing Prep. Time:  5
2. Actual Hearing Time:  5
3. Report Completion Time:  5
4. Other:

Total: 15

Hearing Accommodations (ADA) Provided: [ ] Yes  [ ] No

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 24-MAR-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic    Page 4 of 5    PERMANENT ADDENDUM

STATE OF CALIFORNIA
BOARD OF PAROLE HEARINGS
# SUMMARY OF REVOCATION HEARING AND DECISION

## V. OBJECTIONS

[X] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 24-MAR-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic         Page 5 of 5                PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

*PRIORITY CASE*

# SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

Records Office Use Only
Projected Revocation Release Date
Revocation Release Date
Controlling Discharge Date
Discharge Review Date

## PRELIMINARY INFORMATION

**Type of Hearing**
PROBABLE CAUSE

**Location of Hearing**
Parolee in custody at Time of Hearing: YES

**Basis for Charges**
Parole Violation Report, Dated: 12-JUN-2008

Police Report Agency    Dated:

**Optional Waiver**
NO    Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**
The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979: YES
Date of arrest on current parole violation charge(s): 24-FEB-2008
Date hold was placed on current parole violation charge(s): 24-FEB-2008

**ADA** Special Needs:

**Present at Hearing**    Hearing Officer: D MOELLER

1. [X] Yes [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No  Attorney Name: WEILBACHER, DAVID
3. [ ] Yes [X] No  Agent of Record or Substitute:
4. [ ] Yes [ ] No  Hearing Agent:
5. [ ] Yes [X] No  Observers    Name and Organization:
6. [ ] Yes [X] No  Interpreter Assigned Language

[ ] Waived
Reason not present: F2F PCH
Reason not present:
Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| | | | | | | | | | |

*NOTIFICATION METHOD
M = Memo          PC = Personal Contact
L = Letter        SP = Subpoena
PH = Phone        TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION
Status:  A = Adverse     Requested by:  S = State
         F = Friendly                    P = Parolee
         V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2 MILAZZO, FRANK | 30-JUN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic

Page 1 of 5

PERMANENT ADDENDUM

15

STATE OF CALIFORNIA
BOARD OF PAROLE HEARINGS

# SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING: Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

### Charges

| Charge Number | Code Number | Charge Specified | PCH Prob Cause | Plea Dismiss | Plea Admit | Plea Deny | Plea No Plea |
|---|---|---|---|---|---|---|---|
| 3. | 420 | Assault with intent to commit murder | X | | | | X |
| 4. | 047 | Gang participation and/or assoc. (must be gang validated) | | X | | | X |
| 5. | 451 | Battery (without serious injury) | X | | | | X |

NAME: ALVAREZ, XAVIER
CDC NUMBER: V88201
INST/REGION / AGENT: VENTURA 2 / 2
MILAZZO, FRANK
HEARING DATE: 30-JUN-2008

BPH 1103-PCH (Rev. 01/05) Electronic

Page 2 of 5

PERMANENT ADDENDUM

16

STATE OF CALIFORNIA
BOARD OF PAROLE HEARINGS
# SUMMARY OF REVOCATION HEARING AND DECISION
## REASON FOR DECISION

**Basis for Conclusion:**

CURRENT BPT 1073 AND DEC SYSTEM NOTE NO ADA ISSUES.

CHARGE SHEET, LEGAL STATUS SUMMARY, CDC 1244 AND ALL RELEVANT AVAILABLE DOCUMENTS WERE CONSIDERED.

CHARGES 1 AND 2- P ACCEPTED 7E FOR THERSE VIOLATIONS ON 3/11/08

CHARGE 3- PC FOUND BASED ON AOR'S REPORT AND POLICE REPORT; VICTIM REPORTED THAT P STABBED HIM WITH A KNIFE DURING AN ALTERCATION

CHARGE 4- DISMISSED IN THE INTEREST OF JUSTICE

CHARGE 5- PC FOUND BASED ON AOR'S REPORT AND CDC-115 REPORT; P STRUCK ANOTHER INMATE WHILE THE INMATE WAS ON THE GROUND

PROBABLE CAUSE FOUND TO MAINTAIN HOLD BASED ON NATURE OF VIOLATIONS AND P'S CONTROLLING OFFENSE.

**Basis for Disposition:**

BASED UPON P'S COMMITMENT OFFENSE, PRIOR CRIMINALITY, PAROLE ADJUSTMENT, CURRENT VIOLATIONS, AND THE INTERESTS OF PUBLIC SAFETY, A RETURN TO CUSTODY OF 10I APPEARS APPROPRIATE, TO RUN CONCURRENTLY TO THE 7E P ACCEPTED FOR CHARGES 1 AND 2

REMEDIAL SANCTIONS WERE CONSIDERED BUT P WAS FOUND UNSUITABLE FOR PLACEMENT AT THIS TIME DUE TO THE NATURE OF THE CHARGES

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 30-JUN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic         Page 3 of 5         PERMANENT ADDENDUM

17

BOARD OF PAROLE HEARINGS | STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

## SUMMARY OF DISPOSITION

Parole Referral: REFER
Custody Status: In Custody as of 24-FEB-08

- [ ] Continue on Parole
- [ ] Schedule for Revocation
- [ ] NIC
- [ ] Other Non-Rev Sanction
- [ ] Dismiss   Reason
- [X] Parole Revoked-Return to Custody: 10 months
  Serve [ ] Consecutively [ ] Concurrently
- [ ] Parole Revoked-Return to Custody: ___ months for Psych Rx
- [ ] Time Served: ___ to ___
- Hold Order: [ ] Place  [ ] Remove

**3057 Credits**
- [ ] Eligible
- [X] Ineligible 3057d-1   Reason for Ineligibility:
  - [ ] Commitment Offense:
  - [X] Revocation Offense: PC 245(A)
  - [ ] Parole Violation:
  - [ ] Sentenced under PC 1168:
- [ ] Unsuitable for credits because of PC 3057(d)(2)(e)
  - [ ] Prior Criminal History
  - [ ] Circumstances & Gravity of Parole Violation
  Specify Reason

**Parolee Decision**
- [X] Accept  [ ] Reject  [ ] Optionally Waive

**Optional Waivers**
- [ ] Previous BPH Action of ___ is:
  - [ ] Rescinded  [ ] Reaffirmed

**Reasons Remedial Sanctions not Chosen**
- [X] Unreasonable risk to public safety

**Special Conditions of Parole**
- [ ] Noted  [ ] Reaffirmed  [X] Amended

**Other**

| Special Condition | Reason |
|---|---|
| P SHALL HAVE NO CONTACT OR COMMUNICATION WITH ANTONIO MAGANA WITHOUT PRIOR APPROVAL FROM HIS PAROLE AGENT | VICTIM OF CHARGE 3 |

**Instructions to CDCR or DAPO Staff**
RTC OF 10I TO RUN CONCURRENT TO RTC OF 7E FOR CHARGES 1 AND 2

**Miscellaneous Actions**

**BPH HEARING PANEL**

NAME:
NAME:
DECISION REVIEW BY:

**REVOCATION HEARING TIME (MINUTES)**
1. Prehearing Prep. Time: 4
2. Actual Hearing Time: 13
3. Report Completion Time: 6
4. Other:
   Total: 23

Hearing Accommodations (ADA) Provided: [ ] Yes  [ ] No

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2 MILAZZO, FRANK | 30-JUN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic

Page 4 of 5

PERMANENT ADDENDUM

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS
Accom:

# SUMMARY OF REVOCATION HEARING AND DECISION

## V. OBJECTIONS

[X] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALVAREZ, XAVIER | V88201 | VENTURA 2 / 2<br>MILAZZO, FRANK | 30-JUN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic

Page 5 of 5

PERMANENT ADDENDUM

19